# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FURTHER STATUS REPORT ORDER

January 19, 2021

| No. 20-1521 | UNITED STATES OF AMERICA,<br>Plaintiff - Appellee<br><br>v.<br><br>IYMAN FARIS,<br>Defendant - Appellant |
|---|---|
| **Originating Case Information:** | |
| District Court No: 3:17-cv-00295-SMY<br>Southern District of Illinois<br>District Judge Staci M. Yandle | |

Upon consideration of the **DEFENDANT-APPELLANT'S STATUS REPORT**, filed on January 19, 2021, by counsel for the appellant,

**IT IS ORDERED** that counsel for the appellant shall file a further status report by February 12, 2021.

form name: **c7_FurtherStatusReportOrder**(form ID: **131**)